UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LINDSAY DROZ,

           Plaintiff,

  v.

BOSTON SCIENTIFIC CORPORATION,

           Defendant.

CASE NO. 2:20-CV-48-RSM-DWC

ORDER GRANTING EXTENSION OF TIME TO ANSWER

The parties having stipulated that the deadline for Defendant to file its Answer to Plaintiff's Complaint shall be extended to January 31, 2020, and the Court being fully advised in the premises; NOW THEREFORE,

IT IS SO ORDERED that the deadline for Defendant to file its Answer to Plaintiff's Complaint is extended to January 31, 2020.

Dated this 24th day of January, 2020.

/s/ David W. Christel
David W. Christel
United States Magistrate Judge

ORDER GRANTING EXTENSION OF TIME TO ANSWER - 1