UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LINDSAY DROZ,

Plaintiff,

vs.

BOSTON SCIENTIFIC CORPORATION,

Defendant.

NO.    2:20-cv-00048 RSM-DWC

STIPULATED MOTION AND ORDER TO FILE AMENDED COMPLAINT

Plaintiff wishes to file an Amended Complaint, attached as Exhibit A. Defendant agrees to allow for Plaintiff to file the attached Amended Complaint. The deadline to amend the pleadings is March 6, 2020. To the extent the Court enters an order to allow the filing of the amended complaint after this date, the parties request that the deadline be extended to allow for the filing of the amended complaint.



ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

DATED this 6th day of March, 2020.

By ___s/ Terran C. Chambers_____
    Michael T. Kitson, WSBA #41581
    Shirley Lou-Magnuson, WSBA# 52112
    Lane Powell, PC
    1420 Fifth Avenue, Suite 4200
    P.O. Box 91302
    Seattle, WA 98111
    kitsonm@lanepowell.com
    loumagnuson@lanepowell.com

    Charles Knapp, pro hac vice
    Terran Chambers, pro hac vice
    2200 Wells Fargo Center
    90 South Seventh Street
    Minneapolis, MN 55402
    Chuck.knapp@faegreBD.com
    Terran.chambers@faegreBD.com

    Attorneys for Defendant Boston Scientific Corporation


LASHER HOLZAPFEL SPERRY & EBBERSON PLLC


By ___s/ Shannon Trivett_____
    Robin Williams Phillips, WSBA #17947
    Shannon Trivett, WSBA #46689
    601 Union St., Suite 2600
    Seattle, WA 98101
    Phillips@lasher.com
    Trivett@lasher.com
    Attorneys for Plaintiff Lindsay Droz

PLAINTIFF'S STIPULATED MOTION AND ORDER TO FILE AMEND COMPLAINT- 2



ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

# ORDER

The parties having stipulated to allow the Plaintiff to file the Amended Complaint attached as Exhibit A to the Stipulated Motion to File Amended Complaint, and the Court being fully advised in the premises; NOW THEREFORE,

IT IS SO ORDERED that Plaintiff may file the Amended Complaint attached as Exhibit A to the Stipulated Motion to File Amended Complaint.

DATED this 12th day of March, 2020.

_____
David W. Christel
United States Magistrate Judge

Presented by:

LASHER HOLZAPFEL SPERRY & EBBERSON PLLC

By ___s/ Shannon Trivett_____
Robin Williams Phillips, WSBA #17947
Shannon Trivett, WSBA #46689
601 Union St., Suite 2600
Seattle, WA 98101
Phillips@lasher.com
Trivett@lasher.com
   Attorneys for Plaintiff Lindsay Droz

By___*Terran C. Chambers*_____
Michael T. Kitson, WSBA #41581

PLAINTIFF'S STIPULATED MOTION AND ORDER TO FILE AMEND COMPLAINT- 3

LASHER HOLZAPFEL SPERRY & EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

Shirley Lou-Magnuson, WSBA# 52112
Lane Powell, PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111
kitsonm@lanepowell.com
loumagnuson@lanepowell.com

Charles Knapp, pro hac vice
Terran Chambers, pro hac vice
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Chuck.knapp@faegreBD.com
Terran.chambers@faegreBD.com

Attorneys for Defendant Boston Scientific Corporation

PLAINTIFF'S STIPULATED MOTION AND ORDER TO FILE AMEND COMPLAINT- 4

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563