HONORABLE RICARDO MARTINEZ
HONORABLE MAGISTRATE JUDGE DAVID CHRISTEL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LINDSAY DROZ,

Plaintiff,

vs.

BOSTON SCIENTIFIC CORPORATION,

Defendant.

NO. 2:20-cv-00048 RSM-DWC

STIPULATED MOTION AND ORDER TO EXTEND TRIAL DEADLINES

**NOTING DATE: FEBRUARY 17, 2021**

The parties in this matter seek to move remaining case deadlines. Currently, the noting date for Plaintiff's objections to the Report and Recommendation on Defendant's Motion for Summary Judgment is February 26, 2021. The parties seek to have a ruling on the defendant's motion before proceeding with motions *in limine* and the remaining trial deadlines currently in effect. Accordingly, the parties request that the remaining case deadlines be extended as follows:

| Event | Original Date | Proposed New Date |
|---|---|---|
| All motions in limine must be filed by this date and noted on the motion calendar no later than the 3rd Friday after filing.<br><br>Motions in limine raised in trial briefs will not be considered | February 22, 2021 | April 8, 2021 |



LASHER HOLZAPFEL SPERRY & EBBERSON
ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

| | | |
|---|---|---|
| Agreed LCR 16.1 pretrial order due | March 17, 2021 | May 3, 2021 |
| Trial Briefs, Proposed Voir dire, Jury Instructions and Exhibits by | March 24, 2021 | May 10, 2021 |
| Trial | March 29, 2021 | May 17, 2021 |

DATED this 17th day of February 2021.

By *s/ Terran C. Chambers*
Michael T. Kitson, WSBA #41581
Shirley Lou-Magnuson, WSBA# 52112
Lane Powell, PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111
kitsonm@lanepowell.com
loumagnuson@lanepowell.com

Charles Knapp, pro hac vice
Terran Chambers, pro hac vice
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Chuck.knapp@faegredrinkercom
Terran.chambers@faegredrinker.com



LASHER HOLZAPFEL SPERRY & EBBERSON
ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

Attorneys for Defendant Boston Scientific Corporation

LASHER HOLZAPFEL SPERRY & EBBERSON PLLC

By ___*s/ Shannon Trivett*____________
Robin Williams Phillips, WSBA #17947
Shannon Trivett, WSBA #46689
601 Union St., Suite 2600
Seattle, WA 98101
Phillips@lasher.com
Trivett@lasher.com
Attorneys for Plaintiff Lindsay Droz



LASHER HOLZAPFEL SPERRY & EBBERSON
ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

**ORDER**

The parties having stipulated to allow the extension of the above deadlines; NOW THEREFORE,

IT IS SO ORDERED that the new trial deadlines for this matter are as follows:

| **Event** | **Proposed New Date** |
|---|---|
| All motions in limine must be filed by this date and noted on the motion calendar no later than the 3rd Friday after filing<br>Motions in limine raised in trial briefs will not be considered | April 8, 2021 |
| Agreed LCR 16.1 pretrial order due | May 3, 2021 |
| Trial Briefs, Proposed Voir dire, Jury Instructions and Exhibits by | May 10, 2021 |
| Trial | May 17, 2021 |

DATED this 19th day of February, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE



LASHER HOLZAPFEL SPERRY & EBBERSON
ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

Presented by:

LASHER HOLZAPFEL SPERRY & EBBERSON PLLC

By ___*s/ Shannon Trivett*___________
Robin Williams Phillips, WSBA #17947
Shannon Trivett, WSBA #46689
601 Union St., Suite 2600
Seattle, WA 98101
Phillips@lasher.com
Trivett@lasher.com
Attorneys for Plaintiff Lindsay Droz

By___*Terran C. Chambers*___________
Michael T. Kitson, WSBA #41581
Shirley Lou-Magnuson, WSBA# 52112
Lane Powell, PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111
kitsonm@lanepowell.com
loumagnuson@lanepowell.com

Charles Knapp, pro hac vice
Terran Chambers, pro hac vice
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Chuck.knapp@faegreBD.com
Terran.chambers@faegreBD.com

Attorneys for Defendant Boston Scientific Corporation



LASHER HOLZAPFEL SPERRY & EBBERSON
ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563