HONORABLE RICARDO MARTINEZ
HONORABLE MAGISTRATE JUDGE DAVID CHRISTEL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDSAY DROZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>　　　　　Defendant. | NO.　2:20-cv-00048 RSM-DWC<br><br>STIPULATED MOTION AND ORDER TO EXTEND TRIAL DEADLINES<br><br>**NOTING DATE: JULY 29, 2021** |

The parties in this matter seek to move remaining case deadlines. Currently, the defendant's Motion for Summary Judgment, the Report and Recommendation regarding the same, and plaintiff's objections thereto are still pending before the court. The parties seek to have a ruling on the defendant's motion before proceeding with motions *in limine* and the remaining trial deadlines currently in effect. Additionally, plaintiff's primary counsel, Shannon L. Trivett, will no longer be counsel of record as of July 30, 2021. Remaining counsel, Robin Williams Phillips, has an immovable conflict with the current trial date of October 25, 2021. Accordingly, the parties request that the remaining case deadlines be extended as follows:

STIPULATED MOTION AND ORDER TO EXTEND TRIAL DEADLINES- 1

LASHER HOLZAPFEL SPERRY & EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

| Event | Current Date | Proposed New Date |
|---|---|---|
| All motions in limine must be filed by this date and noted on the motion calendar no later than the 3rd Friday after filing. Motions in limine raised in trial briefs will not be considered | September 16, 2021 | January 6, 2022 |
| Agreed LCR 16.1 pretrial order due | October 11, 2021 | February 7, 2022 |
| Trial Briefs, Proposed Voir dire, Jury Instructions and Exhibits by | October 18, 2021 | February 14, 2022 |
| Trial | October 25, 2021 | February 21, 2022 |

DATED this 29th day of July 2021.

LASHER HOLZAPFEL SPERRY & EBBERSON PLLC

By ___*s/ Shannon Trivett*___
Robin Williams Phillips, WSBA #17947
Shannon Trivett, WSBA #46689
601 Union St., Suite 2600
Seattle, WA 98101
Phillips@lasher.com
Trivett@lasher.com
Attorneys for Plaintiff Lindsay Droz

STIPULATED MOTION AND ORDER TO EXTEND TRIAL DEADLINES- 2



ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

|     |     |
| --- | --- |
| By  | *s/Michael T. Kitson* |
|     | Michael T. Kitson, WSBA #41581 |
|     | Shirley Lou-Magnuson, WSBA# 52112 |
|     | Lane Powell, PC |
|     | 1420 Fifth Avenue, Suite 4200 |
|     | P.O. Box 91302 |
|     | Seattle, WA 98111 |
|     | kitsonm@lanepowell.com |
|     | loumagnuson@lanepowell.com |
| By: | *s/Charles Knapp* |
|     | Charles Knapp, pro hac vice |
|     | Terran Chambers, pro hac vice |
|     | Faegre Drinker Biddle & Reath LLP |
|     | 2200 Wells Fargo Center |
|     | 90 South Seventh Street |
|     | Minneapolis, MN 55402 |
|     | Chuck.knapp@faegredrinkercom |
|     | Terran.chambers@faegredrinker.com |

Attorneys for Defendant Boston Scientific Corporation

## **ORDER**

The parties having stipulated to allow the extension of the above deadlines; NOW THEREFORE,

IT IS SO ORDERED that the new trial deadlines for this matter are as follows:

| Event | Proposed New Date |
| --- | --- |
|       |                   |

STIPULATED MOTION AND ORDER TO EXTEND TRIAL DEADLINES- 3



ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE  WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

| | |
|---|---|
| All motions in limine must be filed by this date and noted on the motion calendar no later than the 3rd Friday after filing<br><br>Motions in limine raised in trial briefs will not be considered | January 6, 2022 |
| Agreed LCR 16.1 pretrial order due | February 7, 2022 |
| Trial Briefs, Proposed Voir dire, Jury Instructions and Exhibits by | February 14, 2022 |
| Trial | February 22, 2022 |

DATED this 30th day of July 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

LASHER HOLZAPFEL SPERRY & EBBERSON PLLC

By ___*s/ Shannon Trivett*___
Robin Williams Phillips, WSBA #17947
Shannon Trivett, WSBA #46689
601 Union St., Suite 2600
Seattle, WA 98101
Phillips@lasher.com
Trivett@lasher.com
Attorneys for Plaintiff Lindsay Droz

STIPULATED MOTION AND ORDER TO EXTEND TRIAL DEADLINES- 4

LASHER HOLZAPFEL SPERRY & EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

By s/ *Michael T. Kitson*
Michael T. Kitson, WSBA #41581
Shirley Lou-Magnuson, WSBA# 52112
Lane Powell, PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111
kitsonm@lanepowell.com
loumagnuson@lanepowell.com

By: *s/Charles Knapp*
Charles Knapp, pro hac vice
Terran Chambers, pro hac vice
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Chuck.knapp@faegreBD.com
Terran.chambers@faegreBD.com

Attorneys for Defendant Boston Scientific Corporation

STIPULATED MOTION AND ORDER TO EXTEND TRIAL DEADLINES- 5

LASHER HOLZAPFEL SPERRY & EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563